UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM E. SMITH, JR., M.D.

    Plaintiff,

vs.                                                  Case No.: 3:17-CV-00171/MCR/EMT

GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT
AND MOTION TO PLACE CASE ON INACTIVE DOCKET**

    THE PARTIES have reached a settlement in this action and move to have this case placed on the Court's inactive docket during the time for the parties to finalize the remaining paperwork, i.e. settlement and release.  Once that paperwork is completed, the parties will notify the Court by filing a Rule 41 Stipulation of Dismissal with prejudice.

    WHEREFORE, the parties respectfully request that the Court transfer this case to its inactive docket.

    DATED this 30th day of October, 2017.

**CERTIFICATE OF GOOD FAITH UNDER RULE 7.1**

    Counsel for Plaintiff has conferred with counsel for Defendant in a good faith effort to resolve the issues raised in this motion.  Counsel for Defendant has no objection to the relief being sought in this motion.

*s/ Stephanie A. Taylor*
Stephanie A. Taylor
Florida Bar No. 0984541
Taylor, Warren & Weidner, P.A.
1823 North 9th Avenue
Pensacola, FL 32503
Tel: 850-438-4899
Fax: 850-438-4044
Primary: staylor@twwlawfirm.com
Secondary: lrohan@twwlawfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to counsel for Defendant: Kristian B. Pett of Edison, McDowell & Hetherington, LLP, 2101 N.W. Corporate Blvd., Suite 316, Boca Raton, FL  33431.

*s/ Stephanie A. Taylor*
Stephanie A. Taylor
Florida Bar No. 0984541
Taylor, Warren & Weidner, P.A.
1823 North 9th Avenue
Pensacola, FL 32503
Tel: 850-438-4899
Fax: 850-438-4044
Primary: staylor@twwlawfirm.com
Secondary: lrohan@twwlawfirm.com
Attorneys for Plaintiff