UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM E. SMITH, JR., MD.

    VS                                      CASE NO. 3:17CV171-MCR/EMT

GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

## CLERK'S DISMISSAL

Upon Stipulation of Dismissal with Prejudice filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed with prejudice.

                                              Jessica J. Lyublanovits
                                              Clerk of Court

 December 8, 2017                  /s/ A'Donna Bridges, Deputy Clerk
DATE